ERHARDT, SR., Respondent, vs. KURTZ, Appellant.
ERHARDT, JR., by guardian, Respondent, vs. KURTZ,
Appellant.

For the appellant: *Friedrich & Hackbarth* of Milwaukee.
For the respondent: *McGarigle & Wetzel* of Milwaukee.

*By the Court.*—Judgments affirmed.

FALLS EXCAVATING COMPANY, Respondent, vs. WISCON-
CONSIN POWER & LIGHT COMPANY, Appellant.

For the appellant: *Bowler & Bowler* of Sheboygan.
For the respondent: *F. H. Schlichting* of Sheboygan Falls
and *Detling, Detling & Whiffen* of Sheboygan.

*By the Court.*—Judgment affirmed.

*April 2, 1929.*

NECEDAH MANUFACTURING COMPANY, Respondent, vs.
JUNEAU COUNTY, Appellant.

For the appellant: *Clinton G. Price* of Mauston, district
attorney, and *J. T. Dithmar* of Elroy, special counsel.

For the respondent: *Goggins, Brazeau & Graves* of Wis-
consin Rapids.

*By the Court.*—Order affirmed.